# EXHIBIT B

**Oleg Fishman**
**Transactions in Johnson & Johnson (JNJ) Securities**
**Class Period: February 22, 2013 and February 7, 2018, inclusive**

| | |
|---|---:|
| **Net Retained Shares** | 4,000 |
| **Total Retained Cost** | $ 583,720.00 |
| **Value of Retained Shares** | $ 520,092.31 |
| **90-Day Average** | $ 130.0231 |
| **Losses** | $ 63,627.69 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---:|---:|---:|
| 1/23/2018 | B | 1,000 | 149.2300 | 149,230.00 |
| 1/23/2018 | B | 1,000 | 146.8300 | 146,830.00 |
| 1/23/2018 | B | 2,000 | 143.8300 | 287,660.00 |