## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| FRANK HALL, on behalf of himself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | Civil Action No. 18-1833 (FLW) (TJB) |
| v. | : : : | **ORDER** |
| JOHNSON & JOHNSON, et al., | : : | |
| Defendants. | : : | |

**THIS MATTER** having been opened to the Court by James E. Cecchi, Esq., counsel for Plaintiff the San Diego County Employees Retirement Association ("SDCERA"), on a motion to appoint SDCERA as lead plaintiff and Robbins Geller Rudman & Dowd LLP as lead counsel; it appearing that Plaintiff Frank Hall, through his counsel Laurence M. Rosen, Esq., filed a motion for appointment of lead plaintiff and counsel but withdrew his motion (ECF No. 10), and that Plaintiff Oleg Fishman, through his counsel Eduard Korsinksy, Esq, filed a motion for appointment of lead plaintiff and counsel but filed a notice of non-opposition to SDCERA's motion (ECF No. 12); it appearing, therefore, that SDCERA is the only remaining Plaintiff pursuing appointment of lead plaintiff and lead counsel; the Court having reviewed the submissions of all parties in connection with the pending motions, pursuant to Fed. R. Civ. P. 78, finds that SDCERA is qualified to serve as lead plaintiff because it has the largest financial loss of the moving parties and will fairly and adequately protect the interests of the class, *see* 15 U.S.C. § 4(a)(3)(B)(iii)(II), and also finds, having reviewed its resume, that Robbins Geller Rudman & Dowd LLP is qualified to serve as lead counsel; for the foregoing reasons, and for good cause shown;

**IT IS** on this 26th day of November, 2018,

**ORDERED** that SDCERA's motion (ECF No. 9) is **GRANTED**, and SDCERA is hereby appointed as Lead Plaintiff, and the law firm of Robbins Geller Rudman & Dowd LLP is hereby appointed as Lead Counsel; and it is further

**ORDERED** that the motions filed by Hall (ECF No. 6) and Fishman (ECF No. 5) are **DENIED**.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
United States District Judge