# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK HALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | No. 3:18-cv-01833-FLW-TJB<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER IN SUPPORT OF JOINT STIPULATION ESTABLISHING A SCHEDULE FOR LEAD PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE TO THE AMENDED COMPLAINT |

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Lead Plaintiff shall file and serve its amended complaint by February 28, 2019.

2. Defendants shall file and serve their motion or motions to dismiss or otherwise respond to the amended complaint within 60 days thereafter.

3. Lead Plaintiff shall file and serve its opposition or oppositions to Defendants' motion or motions to dismiss, if any, within 60 days thereafter.

4. Defendants shall file and serve their replies to Lead Plaintiff's opposition or oppositions, if any, within 30 days thereafter.

DATED: 12/12/18

THE HONORABLE FRIEDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
ARTHUR C. LEAHY
ROBERT R. HENSSLER JR.
NATHAN R. LINDELL
HILLARY B. STAKEM
MATTHEW J. BALOTTA

s/ ROBERT R. HENSSLER JR.
ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
artl@rgrdlaw.com
bhenssler@rgrdlaw.com
nlindell@rgrdlaw.com
hstakem@rgrdlaw.com
mbalotta@rgrdlaw.com

Lead Counsel for San Diego County
Employees Retirement Association
and Lead Counsel for the Class

CARELLA, BYRNE, CECCHI,
OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

Local Counsel