Jack N. Frost, Jr., Esq.
**DRINKER BIDDLE & REATH LLP**
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
jack.frost@dbr.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK HALL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON, ALEX GORSKY, DOMINIC CARUSO, SANDRA PETERSON, CAROL GOODRICH, JOAN CASALVIERI, PH.D., MICHAEL SNEED, and TARA GLASGOW,<br><br>      Defendants. | Civil Action No. 3:18-cv-01833-FLW-TJB<br><br>Hon. Freda L. Wolfson<br><br>Document Electronically Filed<br><br>**RETURN DATE: AUGUST 19, 2019**<br><br>**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>[ORAL ARGUMENT REQUESTED] |

**TO:** All Counsel of Record

  **PLEASE TAKE NOTICE** that on August 19, 2019 at 10:00 a.m., or on such other date as set by the Court, Defendants Johnson & Johnson, Alex Gorsky, Dominic Caruso, Sandra Peterson, Carol Goodrich, Joan Casalvieri, Michael Sneed, and Tara Glasgow (collectively, "Defendants") shall move before this Court for an

order and judgment, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Plaintiffs' First Amended Complaint with prejudice for failure to state a claim upon which relief can be granted; and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendants intend to rely upon the accompanying Request for Judicial Notice; the accompanying Memorandum of Law; the accompanying proposed Form of Order; the accompanying Certificate of Service; and the pleadings and prior proceedings herein in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order entered on December 12, 2018, your opposition, if any, must be electronically filed and served upon all parties by July 2, 2019.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is attached.

Dated: May 3, 2019                    Respectfully submitted,

                                                      */s/ Jack N. Frost, Jr.*
                                                      Jack N. Frost, Jr.
                                                      **DRINKER BIDDLE & REATH LLP**
                                                      *A Delaware Limited Liability Partnership*
                                                      600 Campus Drive
                                                      Florham Park, New Jersey 07932-1047
                                                      Telephone:  (973) 549-7000
                                                      jack.frost@dbr.com

Robert M. Stern (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington D.C. 20005-1706
Telephone: (202) 339-8542
rstern@orrick.com

Amy Walsh (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
awalsh@orrick.com

*Counsel for Defendants*