UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| FRANK HALL, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, *et al.*,<br><br>             Defendants. | Civil Action No.: 18-1833 (FLW)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Jack N. Frost, Esq., counsel for defendants Johnson & Johnson ("J&J"), Alex Gorsky ("Gorsky"), Dominic Caruso ("Caurso"), Sandra Peterson ("Peterson"), Carol Goodrich ("Goodrich"), Joan Casalvieri ("Casalvieri"), Michael Sneed ("Sneed"), and Tara Glasgow ("Glasgow") (collectively, "Defendants"), on a Motion to Dismiss, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6); it appearing that Lead Plaintiff San Diego County Employees Retirement Association ("Plaintiff"), through its counsel, James E. Cecchi, Esq., opposes the motion; the Court having considered the submissions of the parties without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 27th day of December, 2019

**ORDERED** that Defendants' Motion to Dismiss [ECF No. 40] is **DENIED IN PART AND GRANTED IN PART** as follows:

**ORDERED** that Plaintiff's Section 10(b) and Rule 10b-5 claims are limited to those stemming from Defendants' statements regarding the safety of its Talc Products, the "asbestos-free" nature of its talc, and the Company's commitment to product safety, quality

assurance, and research and that Plaintiff's claims based upon Defendants' alleged misstatements about the viability of the Product Liability lawsuits are dismissed; it is further

**ORDERED** that all claims against defendants Caruso, Peterson, and Sneed are dismissed.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge