# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
MARC D. MORY
ZACHARY A. JACOBS***

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER FL BAR ONLY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
KEVIN G. COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**
MICHAEL K. BELOSTOCK
BRIAN F. O'TOOLE**
SEAN M. KILEY
ROBERT J. VASQUEZ

June 17, 2024

> GRANTED. The stay is hereby lifted for the limited purpose of completing the discovery that was pending at the time the stay was entered. Parties to advise of Third Circuit decision within 14 days.
>
> SO ORDERED this 26th day of June, 2024.
>
> ZAHID N. QURAISHI
> UNITED STATES DISTRICT JUDGE

The Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: *Frank Hall v. Johnson & Johnson, et al.*,
     No. 3:18-cv-01833-ZNQ-TJB (D.N.J.)

Dear Judge Quraishi:

  This firm, along with Robbins Geller Rudman & Dowd LLP, represents Lead Plaintiff San Diego County Employees Retirement Association ("Lead Plaintiff") in the above-referenced litigation.[1]

  We write to advise Your Honor that the Parties participated in a private mediation session on May 17, 2024 before the Honorable Layn R. Phillips (Ret.) of Phillips ADR Enterprises. While the Parties made good faith efforts to resolve this litigation, the mediation was unsuccessful.

  The Parties believe that the stay entered by this Court on February 23, 2024 (ECF 223) should be lifted for the limited purpose of completing the remaining fact discovery that was outstanding at the time,[2] but this action otherwise should remain stayed pending a decision from

---

[1] Defendants are Johnson & Johnson ("J&J"), Alex Gorsky, Carol Goodrich, Joan Casalvieri and Tara Glasgow (collectively, "Defendants," and together with Lead Plaintiff, the "Parties").

[2] The only outstanding fact discovery involves discovery related to a declaration from Steven Wolfgang, an employee of the U.S. Food and Drug Administration ("FDA"), and Lead Plaintiff's supplemental responses to J&J's Second Set of Interrogatories. If the Court agrees that this remaining discovery should be completed now, Lead Plaintiff proposes August 15, 2024 as the discovery cut-off date for this remaining discovery. Defendants request that, because this discovery involves a governmental third-party and the rest of the case will remain stayed, the Court not set a cut-off date and instead hold a status hearing regarding fact discovery on or around August

Hon. Zahid N. Quraishi, U.S.D.J.
June 17, 2024
Page 2

the Third Circuit regarding Defendants' appeal of the Court's class certification ruling pursuant to Rule 23(f). Within 14 days of any Third Circuit decision, the Parties will jointly notify the Court about how they recommend the case should proceed based on the appellate court's decision.

     If the Court wishes to hear more from the Parties on these issues before the appellate court's decision or any other details about the limited remaining fact discovery, we would be happy to provide additional details.

                                                   Respectfully submitted,

                                                 CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                  BRODY & AGNELLO, P.C.

                                                 s/ James E. Cecchi
                                                 JAMES E. CECCHI

JC:mmh

---

15, 2024, so Defendants can update the Court regarding the status of discovery related to the FDA. If the Court would prefer to set a fact discovery cut-off, Defendants propose December 31, 2024.