UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1409

_____

SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION;
FRANK HALL, Individually and on behalf of all others similarly situated

v.

JOHNSON & JOHNSON; ALEX GORSKY; JOAN CASALVIERI;
TARA GLASGOW; CAROL GOODRICH,
Appellants

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3:18-cv-01833)
U.S. District Judge: Zahid N. Quraishi

_____

Argued
March 11, 2025

_____

Before: SHWARTZ, RESTREPO, and CHUNG, Circuit Judges.

_____

JUDGMENT

_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was argued on March 11, 2025.

On consideration whereof, it is now hereby ORDERED that the order the District Court entered on December 29, 2023, is hereby AFFIRMED. Costs shall be taxed against the Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 30, 2025