

# CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU
PATRICK J. DOHERTY

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL
ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

May 29, 2026

VIA ECF

Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** *Frank Hall v. Johnson & Johnson, et al.*,
**No. 3:18-cv-01833-ZNQ-TJB (D.N.J.)**

Dear Judge Quraishi and Judge Bongiovanni:

Together with Lead Counsel, we represent lead plaintiff San Diego County Employees Retirement Association ("Plaintiff") in this action. We write regarding Plaintiff's May 14 letter to the Court (ECF No. 239) concerning Defendants' violation of the parties' stipulation (the "Stipulation") governing the Gibson, Dunn & Crutcher LLP ("Gibson Dunn") investigation and report.[1]  Plaintiff filed the letter under seal, but does not intend to move to maintain it under seal permanently.

We remain available for a remote status conference to address enforcement of the Stipulation, as requested in Plaintiff's May 14 letter (ECF No. 239).

---

[1]  Defendants are Johnson & Johnson ("J&J"), Alex Gorsky, Carol Goodrich, Joan Casalvieri, and Tara Glasgow.

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C. \ ATTORNEYS AT LAW**
**5 BECKER FARM ROAD \ ROSELAND, NJ  07068 \ 973-994-1700 \ FAX 973-994-1744**
**www.carellabyrne.com**

4923-3826-7824.v1

May 29, 2026
Page 2

<div style="margin-left: 45%;">

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

/s/ James E. Cecchi

JAMES E. CECCHI

</div>

cc: Counsel of Record