**GT** GreenbergTraurig

Jack N. Frost, Jr., Esq.
Tel 973.360.7900
Fax 973.301.8410
frostj@gtlaw.com


June 3, 2026


**VIA ECF**


Hon. Tonianne J. Bongiovanni
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:**   ***Hall v. Johnson & Johnson, et al.***
> **No. 3:18-cv-1833-ZNQ-TJB (D.N.J.)**

Dear Judge Bongiovanni:

We write on behalf of all Parties in the above-captioned matter to respectfully request that the Court extend the expert discovery cutoff and enter deadlines for briefing dispositive motions.

On December 3, 2025, the Court entered an Order setting expert discovery deadlines, including an expert discovery cutoff of August 7, 2026, and stated that other deadlines would be set at a later time. (ECF No. 238.) In accordance with this schedule, on February 13, 2026, Plaintiff served three expert reports, and, on May 1, 2026, Defendants served seven expert reports. Plaintiff's rebuttal expert reports are due on June 19, 2026.[1] Additionally, the Parties have scheduled a mediation for August 18, 2026. The Parties have met and conferred regarding the remaining schedule. In light of the number of expert depositions to be completed and preparations for the mediation, the Parties agree that an extension of the expert discovery cutoff is warranted.

Accordingly, the Parties respectfully request that the Court amend the current expert discovery cutoff and enter deadlines for dispositive motions as set forth in the following schedule:

---

[1] Defendants reserve the right to serve rebuttal or supplemental expert reports after receiving and having the opportunity to evaluate Plaintiff's rebuttal reports. Plaintiff anticipates opposing any such additional expert reports from Defendants, and reserves the right to serve rebuttal or supplemental expert reports should the Court allow Defendants to serve additional reports. The Parties will meet and confer on this matter as needed after service of Plaintiff's rebuttal expert reports.

ACTIVE 724633577v2

Hon. Tonianne J. Bongiovanni
June 3, 2026
Page 2

| Event | Deadline |
|---|---|
| Plaintiff's Rebuttal Expert Reports | June 19, 2026 |
| Expert Discovery Cutoff | October 2, 2026 |
| File Dispositive Motion(s) | December 17, 2026 |
| Opposition(s) to Dispositive Motion(s) | March 4, 2027 |
| Reply in Support of Dispositive Motion(s) | April 15, 2027 |

   The Parties appreciate the Court's consideration of this request and are available for a conference should the Court require any additional information.

Respectfully,

*Jack N. Frost, Jr.*

Jack N. Frost, Jr.

cc: All counsel of record via ECF

ACTIVE 724633577v2

Hon. Tonianne J. Bongiovanni
June 3, 2026
Page 3

## CERTIFICATE OF SERVICE

I, Jack N. Frost, Jr., hereby certify that on June 2, 2026, I caused the foregoing Defendants' Letter to Judge Tonianne J. Bongiovanni, U.S.M.J., along with the Exhibits thereto (filed Under Seal), to be served by email on the following counsel:

*Counsel for Plaintiff*:

James E. Cecchi (jcecchi@carellabyrne.com)
Donald A. Ecklund (decklund@carellabyrne.com)
Kevin G. Cooper (kcooper@carellabyrne.com)
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road Roseland, NJ 07068
Telephone: 973/994-1700

Darren J. Robbins (darrenr@rgrdlaw.com)
Sam S. Sheldon (SSheldon@rgrdlaw.com)Robert R. Henssler Jr. (bhenssler@rgrdlaw.com)
Tor Gronborg (torg@rgrdlaw.com)
Nathan R. Lindell (nlindell@rgrdlaw.com)
Hillary B. Stakem (hstakem@rgrdlaw.com)
Matthew J. Balotta (mbalotta@rgrdlaw.com)
Laura Andracchio (landracchio@rgrdlaw.com)
Joseph Tull (jtull@rgrdlaw.com)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

*Counsel for Defendants*:

Walter C. Carlson (wcarlson@sidley.com)
Kristen R. Seeger (kseeger@sidley.com)
John M. Skakun III (jskakun@sidley.com)
Christopher Y. Lee (chris.lee@sidley.com)
Neil H. Conrad (nconrad@sidley.com)
Abigail B. Molitor (amolitor@sidley.com)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: 312/853-7000

ACTIVE 724633577v2