GT GreenbergTraurig

Jack N. Frost, Jr., Esq.
Tel 973.360.7900
jack.frost@gtlaw.com

July 27, 2026

**VIA ECF**

Hon. Tonianne J. Bongiovanni
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Hall v. Johnson & Johnson, et al.***
**No. 3:18-cv-1833-ZNQ-TJB (D.N.J.)**

Dear Judge Bongiovanni:

We write on behalf of Defendants to ask the Court to strike Plaintiff's July 24, 2026, supplemental letter brief (Dkt. 265) because it exceeds the parties' agreed-upon page limits.

Following the June 29, 2026, hearing, the parties conferred regarding supplemental submissions regarding the dispute over certain expert reports' references to the Gibson Dunn report and investigation. As part of those discussions, the parties agreed that each side's supplemental letter brief would not exceed 8 pages. The emails reflecting that agreement are attached as Exhibit A. In those emails, Plaintiff's counsel initially proposed a 3-page limit, then agreed to an 8-page limit that the parties would observe without referencing it in the proposed schedule that they jointly emailed to the Court:

| | |
|---|---|
| Defense counsel: | "Hi Bobby, Below is a proposed note to Judge Bongiovanni with the schedule we discussed. Please let me know if this looks good to you, and we can take care of sending to chambers later today. …" |
| Plaintiff's counsel: | "Hi Kristen, The draft email looks fine. But we should add a page limit for our respective supplemental letter-briefs. We suggest adding 'not to exceed 3-pages single-spaced' …" |
| Defense counsel: | "Thanks, Bobby. We could agree to 8 pages, although I don't think the Court requested that we agree or report back on page limits (just dates). So I'm happy to just make the 8 page agreement between the parties as well. Let me know if we're set to submit." |
| Plaintiff's counsel: | "Let's just leave pages out then. Your prior Email is fine. Thx" |

*See* Ex. A at 2–3.

Consistent with the parties' agreement, Defendants' supplemental letter brief was 8 pages. *See* Dkt. 264. Plaintiff's response, however, is 15 pages. *See* Dkt. 265. Defendants promptly raised this issue with Plaintiff and requested that Plaintiff withdraw the letter. *See* Ex. A. Plaintiff has not done so, and as of the filing of this letter has not even responded to Defendants. Defendants therefore respectfully request that the Court strike Plaintiff's filing. Defendants do not object to Plaintiff filing a revised letter brief that conforms to the agreed 8-page limit.

We thank the Court for its attention to this matter and are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Jack N. Frost, Jr.*

Jack N. Frost, Jr.

cc: All counsel of record via ECF