CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU
PATRICK J. DOHERTY

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

July 27, 2026

VIA ECF

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Frank Hall v. Johnson & Johnson, et al.*,**
**No. 3:18-cv-01833-ZNQ-TJB (D.N.J.)**

Dear Judge Bongiovanni:

Lead Plaintiff San Diego County Employees Retirement Association ("Plaintiff") respectfully responds to Defendants' July 27, 2026 letter brief (ECF 266) ("Letter").[1] Defendants' Letter, which cites correspondence between Defendants' and Plaintiff's counsel, confirms that there was no agreement between the Parties regarding a page limit for their July 14, 2026 and July 24, 2026 submissions (ECF 264-265). *See* ECF 266. Defense counsel wrote to Plaintiff: "I don't think the Court requested that we agree or report back on page limits." *Id*. at 1. Plaintiff's counsel responded: "Let's just leave pages out then." *Id.*

1 All other capitalized terms not otherwise defined herein have the same meaning ascribed to them in Plaintiff's July 24, 2026 letter (ECF 265).

The dispute over Defendants' experts' reliance on the Gibson Dunn Report and Investigation is now fully briefed by the Parties (ECF 264-265). We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ James E. Cecchi

JAMES E. CECCHI
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

cc: Counsel of Record