James E. Cecchi
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Attorneys for Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FRANK HALL, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JOHNSON & JOHNSON, et al.,**<br><br>**Defendants.** | **Civil Action No. 3:18-cv-01833-ZNQ-TJB**<br><br>**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL** |

PLEASE TAKE NOTICE that on such date as the Court shall designate, the undersigned counsel for the Lead Plaintiff shall move before the Honorable Tonianne J. Bongiovanni, U.S.M.J. at the United States District Court, Trenton, New Jersey for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting W. Mark Lanier *pro hac vice* in the above matter. DEFENDANTS OPPOSE THE MOTION.

PLEASE TAKE FURTHER NOTICE that this motion is supported by the Declaration of James E. Cecchi pursuant to Local Civil Rule 101.l(c).

PLEASE TAKE FURTHER NOTICE that a Proposed Order granting *pro hac vice*

admission to W. Mark Lanier is attached.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

/s/ *James E. Cecchi*

JAMES E. CECCHI

Dated: November 16, 2026

4904-7782-9600, v. 1