James E. Cecchi
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
jcecchi@carellabyrne.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRANK HALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Civil Action No. 3:18-cv-01833-ZNQ-TJB<br><br>**DECLARATION OF**<br><br>**JAMES E. CECCHI** |

JAMES E. CECCHI, ESQ., of full age, hereby declares under penalty of perjury as follows:

1. I am an attorney licensed to practice in New Jersey and am a member of Carella, Byrne, Cecchi, Brody & Agnello, P.C., counsel for the Lead Plaintiff in the above matter. I make this declaration in support of Plaintiff's application to admit W. Mark Lanier *pro hac vice* in the above matter.

2. As set forth in his Declaration, W. Mark Lanier is a member in good standing.

3. He will represent Lead Plaintiff in association with Carella Byrne as attorneys of record. All pleadings, briefs, and other papers filed with this Court in this matter will be signed and filed by an attorney at law of this Court and Carella Byrne will be responsible for his conduct. Further, Carella Byrne will appear at all court proceedings unless otherwise excused by the Court.

4. If this application is granted, W. Mark Lanier agrees to:

a. make payment of $250.00 to the Clerk of the U.S. District Court in accordance with Local Civil Rule 101.1(c)(3) as amended, within 20 days from the date of the executed Order;

b. make payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a);

c. abide by New Jersey court rules;

d. notify this Court immediately of any matter affecting their standing at the bar of any other court; and

e. have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2026

*/s/ James E. Cecchi*

JAMES E. CECCHI

4929-9231-9455, v. 1