GT GreenbergTraurig

Jack N. Frost, Jr., Esq.
Tel 973.360.7900
Fax 973.301.8410
jack.frost@gtlaw.com

November 16, 2026

**VIA ECF**

Hon. Tonianne J. Bongiovanni
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Hall v. Johnson & Johnson, et al.***
**No. 3:18-cv-1833-ZNQ-TJB (D.N.J.)**

Dear Judge Bongiovanni:

We write on behalf of Defendants regarding Lead Plaintiff's motion for *pro hac vice* admission of W. Mark Lanier (Dkt. 269). On November 16, 2026, the parties met and conferred regarding Lead Plaintiff's request that Defendants consent to Mr. Lanier's *pro hac vice* admission. Defendants' counsel explained that they opposed this, and why, and stated that we could provide Defendants' position in writing for inclusion in Lead Plaintiff's motion. Lead Plaintiff's counsel asked us to do so, by that afternoon.

That afternoon, Defendants provided the following statement for inclusion in Lead Plaintiff's motion:

> Defendants do not consent to Mr. Lanier's pro hac vice motion, which they understand from Lead Plaintiff is for the purpose of him serving as trial counsel. Defendants object to Mr. Lanier serving as trial counsel to Plaintiffs because he is a fact witness in this case, and will raise that objection with the Court at the appropriate time. Both parties have submitted to the Court sworn declarations by Mr. Lanier, and Defendants plan to call him as a witness at trial regarding matters that are central to their defense.

Lead Plaintiff's counsel subsequently notified us that it would note Defendants' opposition in its filing but would not include this language, *see* Ex. A, so we write to provide it to the Court.

We understand, pursuant to Your Honor's Judicial Preferences, that this opposed *pro hac vice* motion will follow regular motion procedure and will have a motion day of December 21, 2026. Accordingly, Defendants plan to file their opposition on December 7, 2026, unless this Court instructs that the parties follow a different schedule.

Respectfully,

*/s/ Jack N. Frost, Jr.*

Jack N. Frost, Jr.

Enclosure

cc: All counsel of record via ECF

**EXHIBIT A**

**Skakun, John**

**From:** Seeger, Kristen
**Sent:** Monday, November 16, 2026 1:04 PM
**To:** Bobby Henssler
**Cc:** Skakun, John; Sam Sheldon; Hillary Stakem; Nate Lindell; Laura Andracchio; Matthew Balotta; Megan Sonney; Joseph Tull; Alexandra Kotsos
**Subject:** RE: J&J

Thank you for the call, Bobby. As noted, we consent to Alex Brown's pro hac, but object to Mark Lanier's. Following up on that discussion, could you please include the following from defendants in Mr. Lanier's pro hac motion:

"Defendants provided the following position to Lead Plaintiff following a meet and confer on this issue: Defendants do not consent to Mr. Lanier's pro hac vice motion, which they understand from Lead Plaintiff is for the purpose of him serving as trial counsel. Defendants object to Mr. Lanier serving as trial counsel to Plaintiffs because he is a fact witness in this case, and will raise that objection with the Court at the appropriate time. Both parties have submitted to the Court sworn declarations by Mr. Lanier, and Defendants plan to call him as a witness at trial regarding matters that are central to their defense."

Best regards,
Kristen

**KRISTEN SEEGER**

**SIDLEY AUSTIN LLP**
+1 312 853 7450
+1 773 620 1971 (mobile)
kseeger@sidley.com

---

**From:** Seeger, Kristen <kseeger@sidley.com>
**Sent:** Monday, November 16, 2026 8:44 AM
**To:** Bobby Henssler <BHenssler@rgrdlaw.com>
**Cc:** Skakun, John <jskakun@sidley.com>; Sam Sheldon <SSheldon@rgrdlaw.com>; Hillary Stakem <HStakem@rgrdlaw.com>; Nate Lindell <nlindell@rgrdlaw.com>; Laura Andracchio <LAndracchio@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; Megan Sonney <MSonney@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Alexandra Kotsos <AKotsos@rgrdlaw.com>
**Subject:** Re: J&J

Thanks, Bobby. There is more nuance to our position than in your note below. Let's discuss so you can represent it accurately in whatever you file. Will call you around 9 CT to discuss.

Kristen Seeger
Sidley Austin LLP
(312) 853-7450 (o)
(773) 620-1971 (m)
kseeger@sidley.com

**From:** Bobby Henssler <BHenssler@rgrdlaw.com>
**Sent:** Monday, November 16, 2026 7:15 AM
**To:** Seeger, Kristen <kseeger@sidley.com>
**Cc:** Skakun, John <jskakun@sidley.com>; Sam Sheldon <SSheldon@rgrdlaw.com>; Hillary Stakem <HStakem@rgrdlaw.com>; Nate Lindell <nlindell@rgrdlaw.com>; Laura Andracchio <LAndracchio@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; Megan Sonney <MSonney@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Alexandra Kotsos <AKotsos@rgrdlaw.com>
**Subject:** Re: J&J

**EXTERNAL EMAIL - Use caution with links and attachments.**

Hi Kristen,

Hope you had a nice weekend.

We'll file those today and understand that defendants won't consent. I'm traveling today, but could talk at 9am CT.

Regards,
Bobby

On Nov 13, 2026, at 4:11 PM, Seeger, Kristen <kseeger@sidley.com> wrote:

EXTERNAL SENDER
Thanks, Bobby. Today has been tough with travel/meetings on our end. Can we talk on Monday?

Hope everyone has a good weekend.

Best regards,
Kristen

Kristen Seeger
Sidley Austin LLP
(312) 853-7450 (o)
(773) 620-1971 (m)
kseeger@sidley.com

**From:** Bobby Henssler <BHenssler@rgrdlaw.com>
**Sent:** Thursday, 12 November 2026 15:09:08

**To:** Seeger, Kristen <kseeger@sidley.com>; Skakun, John <jskakun@sidley.com>
**Cc:** Sam Sheldon <SSheldon@rgrdlaw.com>; Hillary Stakem <HStakem@rgrdlaw.com>; Nate Lindell <nlindell@rgrdlaw.com>; Laura Andracchio <LAndracchio@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; Megan Sonney <MSonney@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Alexandra Kotsos <AKotsos@rgrdlaw.com>
**Subject:** J&J

Hi Kristen,

I left you a vm. I understand from our local that you wanted to discuss the PHVs we sent over on Monday. Please give me a call, or just let us know your position via email.

Regards,
Bobby

**Robert R. Henssler Jr.,**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
****************************************************************************************************

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.